UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

JOHN NUGENT

                              Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )
20-MJ-12754

Defendant __John Nugent__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

___    Conference Before a Judicial Officer

/s/
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**John Nugent**
Print Defendant's Name

/s/
Defendant's Counsel's Signature

**William D. Wexler, Esq.**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12·3·2020
Date

_Katharine H. Parker_
U.S. District Judge/U.S. Magistrate Judge

| SDNY CJA 23 (Rev. 3/20) | FINANCIAL AFFIDAVIT |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES  ☒ DISTRICT COURT   ☐ COURT OF APPEALS   ☐ OTHER *(Specify below)*

IN THE CASE OF

| UNITED STATES v. JOHN NUGENT | FOR | | LOCATION NUMBER |
|---|---|---|---|
| | AT | | |

PERSON REPRESENTED *(Show your full name)*
JOHN NUGENT

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge
20-MAG-12754
District Court

Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box →)*   ☐ Felony   ☐ Misdemeanor

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed?  ☐ Yes   ☐ No   ☐ Self-Employed
Name and address of employer:
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment? How much did you earn per month? $
If married, is your spouse employed?   ☐ Yes   ☐ No
IF YES, how much does your spouse earn per month? $
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**INCOME & ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☐ No
RECEIVED                                   SOURCES
IF YES, give the amount received and identify the sources  $  $  $

**CASH**
Do you have any cash on hand or money in savings or checking accounts?   ☐ Yes   ☐ No   IF YES, total amount? $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☐ No
VALUE                                   DESCRIPTION
IF YES, give value and description for each  $  $  $  $

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
Single
Married
Widowed
Separated or Divorced
Total No. of Dependents
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

/s/
SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*
William D. Wexler, Esq.
FIXED/RET. ATTORNEY                        (PRINT)
AUSA Paul Monteleoni

☒ APPROVED   ☐ DENIED

Kathleen H Pak   12.3.2020
USMJ